No. 83–1448. SEATRAIN LINES, INC., ET AL. *v.* CARCICH ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 83–1453. BOARD OF REVIEW OF WILL COUNTY ET AL. *v.* BEVERLY BANK, TRUSTEE, ET AL. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 83–1460. HARVEY *v.* CARPONELLI ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 83–1469. SCHWARTZ *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 83–1474. HARRIS-TEETER SUPER MARKETS, INC. *v.* LILLY ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–1482. WEIL *v.* MCCLOUGH ET AL. Ct. App. N. Y. Certiorari denied.

No. 83–1514. COUCH *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 83–1524. CORDOVA GONZALEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 83–1543. CUNNINGHAM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–1579. FIUMARA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–1586. GRINNELL MUTUAL REINSURANCE CO. *v.* EMPIRE FIRE & MARINE INSURANCE CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–5899. WILLIAMS *v.* MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 83–6177. GUZMAN ET AL. *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.